# EXHIBIT 5

| District Court, Denver County, Colorado | |
|---|---|
| Court Address: 1437 Bannock Street, Denver, Colorado 80202 | DATE FILED: October 27, 2014 CASE NUMBER: 2012PR1772 |
| In re the Interest of: JOANNE BLACK, Protected Person. | |
| | ▲ COURT USE ONLY ▲ |
| | Case Number: 2012 PR 1772 |
| | Courtroom 224 |
| ORDER | |

THIS MATTER, coming in front of the Court on Supplemental Guardian *Ad Litem* Report, and the Court having reviewed the file, hereby orders:

The Petitioner has not filed a responsive pleading to the Order to Show Cause.

The Petition for Appointment of Guardian is DISMISSED for lack of Jurisdiction.

The Court is also concerned about the appropriateness of the Conservatorship based on the Guardian *Ad Litem*'s Supplemental Report.

IT IS THEREFORE ORDERED that the Conservator, Bernard Black, is ORDERED to Show Cause, within 30 days, why his Conservatorship should not be terminated, and an accounting be ordered.

DONE this 27th day of October, 2014.

BY THE COURT:

Ruben M. Hernandez
Magistrate
DENVER PROBATE COURT