At an IAS Part 12G of the Supreme Court of the State of New York, held in and for the County of Richmond at the Courthouse located at 26 Central Avenue, Staten Island, NY on the /2 day of April, 2016.

**PRESENT:**
   HON. THOMAS P. ALIOTTA,
      J.S.C.

---

In the Matter of the Application of
Bernard Black, for the Appointment
of a Guardian of the Person and
Property of

JOANNE BLACK,
An Alleged Incapacitated Person.

**INTERIM ORDER**

Index No. 80253/14

This Court having conducted an extensive hearing with regard to this matter on March 21, 2016, and March 22, 2016, and having made a decision on the record in which it determined that JOANNE BLACK, has capacity and therefore does not require the appointment of a Guardian, and the former Conservator, of JOANNE BLACK, namely; Nancy Peterson having been appointed by the Colorado Court having been named the Representative Payee of JOANNE BLACK's social security benefits, and this court recognizing that there are other outstanding issues to be resolved and having been advised that JOANNE BLACK wishes to apply to become payee of her own social security benefits rather than having a Representative Payee for said benefits, and upon JOANNE BLACK's request that this Court issue an interim order setting forth that she has capacity so that she can present such order to the United States Social Security Administration, it is

**ORDERED,** that this Court has determined JOANNE BLACK has capacity and

does not require the appointment of a guardian; and it is further

ORDERED, that the Social Security Administration allow JOANNE BLACK to become the payee of her social security benefits check.

ENTER:

_____
HON. THOMAS P. ALIOTTA, J.S.C.