| | |
|---|---|
| PROBATE COURT, DENVER COUNTY, COLORADO<br>Court Address: 1437 Bannock Street, Denver, CO 80202<br>_____<br>In the Interest of: JOANNE BLACK,<br><br>Protected Person.<br>_____ | DATE FILED: November 3, 2017 5:04 PM<br>CASE NUMBER: 2012PR1772<br><br>COURT USE ONLY<br>_____<br><br>Case No.: 12PR1772<br><br>Division:   1 |
| ORDER RE:  MOTION FOR INJUNCTION AGAINST BERNARD BLACK AND FORTHWITH HEARING | |

THE COURT, having reviewed the MOTION FOR INJUNCTION AGAINST BERNARD BLACK AND REQUEST FOR FORTHWITH HEARING, having reviewed the Court's file, and being fully advised in the premises, hereby:

FINDS that this Court has continuing jurisdiction over this conservatorship matter and Bernard Black, who served as the former conservator as appointed by this Court;

FINDS that it appears an emergency exists because there is an imminent risk of substantial harm to the financial interests of this estate pursuant to C.R.S. 15-10-505(1)(a) based on the allegations that Bernard Black has removed funds from the 1997 Supplemental Needs Trust without Court authorization; funds that were removed from the conservatorship and placed into the Supplemental Needs Trust;

FINDS that appropriate action is necessary in the form of the following ORDERS pending hearing, as the actions described in this Motion and Bernard Black's prior actions as adduced after hearing and described in this Court's previous Findings and Orders all shock the conscience of the Court;

FINDS that failure to issue an immediate order prior to receipt of a response may result in placement of the funds beyond the jurisdiction of this Court;

IT IS THEREFORE ORDERED:

The Forthwith Motion for an Injunction is GRANTED. Pending hearing,

Bernard Black is enjoined from removing or moving any monies or other assets in which Joanne Black has any interest from their present locations, except that

Bernard Black is Ordered to return all monies which were in the Supplemental Needs Trust on September 28, 2015,

Bernard Black is specifically enjoined from transferring any funds he controls which were in the Supplemental Needs Trust on September 28, 2015, except to return them to the Supplemental Needs Trust.

The Court further ORDERS that it shall be advised regarding all actions that are pending regarding removal of Bernard Black as a trustee and if none are pending, an explanation as to why no such actions have been initiated.

Counsel shall contact the Court to schedule this matter for a Forthwith Hearing.

Dated this __3rd__ day of __November__, 2017.

BY THE COURT:

_Elizabeth D. Leith_
JUDGE