

**CHASE PRIVATE CLIENT**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

September 30, 2017 through October 31, 2017
Primary Account: **000000422255641**

| CUSTOMER SERVICE INFORMATION | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-888-994-5626** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |

00134247 DRE 111 142 30517 NNNNNNNNNNN T  1 000000000 69 0000

SUPPLEMENTAL NEEDS TRUST FOR
JOANNE BLACK
BERNARD S BLACK TRUSTEE
13272 CAPSTONE DR
SAN DIEGO CA 92130-1282



### We're simplifying our deposit statements

We're simplifying our checking and savings account statements by including only deposit account information. Effective November 13, 2017, these statements will no longer include balance information for loans, lines of credit, credit cards, or investment accounts.

We will continue to provide separate statements for these types of accounts. You can see up-to-date information for all of your accounts on chase.com or Chase Mobile® (message and data rates may apply).

If you have questions, please call the number on your statement.

## CONSOLIDATED BALANCE SUMMARY

**ASSETS**

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Private Client Checking | 000000422255641 | $259,598.63 | $14.23 |
| **Total** | | **$259,598.63** | **$14.23** |

| Investments | ACCOUNT | MARKET VALUE PRIOR PERIOD | MARKET VALUE THIS PERIOD |
|---|---|---|---|
| Chase Investment Account as of 09/29/17 | ****************1116 | 2,193,593.79 | 2,258,131.14 |
| **Total** | | **$2,193,593.79** | **$2,258,131.14** |

Please review the important disclosures following the Consolidated Balance Summary.

**Investment accounts and insurance products are: Not a Deposit - Not FDIC Insured - Not Insured by any Federal Government Agency - Not Guaranteed by the Bank - May Go Down In Value.**

| **TOTAL ASSETS** | | **$2,453,192.42** | **$2,258,145.37** |
|---|---|---|---|

**All Summary Balances** shown are as of October 31, 2017 unless otherwise stated.   For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements.  Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

Securities and investment advisory services are offered through J.P. Morgan Securities LLC. (JPMS). JPMS, a member of FINRA and SIPC, is an affiliate of JPMorgan Chase Bank, N.A.

Case 1:16-cv-01238-CBA-ST   Document 160-4   Filed 05/02/18   Page 2 of 2 PageID #: 5402

**CHASE PRIVATE CLIENT**

September 30, 2017 through October 31, 2017
Primary Account: **000000422255641**

## CHASE PRIVATE CLIENT CHECKING

SUPPLEMENTAL NEEDS TRUST FOR
JOANNE BLACK
BERNARD S BLACK TRUSTEE

Account Number: 000000422255641

### CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | $259,598.63 |
| Deposits and Additions | 1.40 |
| Electronic Withdrawals | -259,585.80 |
| **Ending Balance** | **$14.23** |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $1.40 |
| Interest Paid Year-to-Date | $13.50 |

### DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/31 | Interest Payment | $1.40 |
| **Total Deposits and Additions** | | **$1.40** |

### ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/20 | 10/20 Online Transfer To Chk ...5451 Transaction#: 6604864307 | $9,500.00 |
| 10/20 | 10/20 Online Payment 6604863739 To Homeequity Line 2236 | 250,085.80 |
| **Total Electronic Withdrawals** | | **$259,585.80** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC