# Exhibit 2

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| Katherine Litvak, <br>     Plaintiff, <br> v. <br><br> Bernard Steven Black and Samuel Black, each as Trustees of the Supplemental Needs Trust For The Benefit of Joanne Black under agreement dated December 19, 1997; Bernard Steven Black and Samuel Black, each as Trustees of the Irrevocable Trust For The Benefit Of The Issue Of Renata Black under agreement dated December 19, 1997; and Bernard Steven Black and Samuel Black, each as Trustees of the Joanne Black 2013 Trust Agreement Executed on March 22, 2013; <br>     Defendants. | ) <br> ) <br> ) Case No: 2017 L 9743 <br> ) Calendar Y <br> ) Honorable James Snyder <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

ELECTRONICALLY FILED
10/3/2017 3:06 PM
2017-L-009743
PAGE 46 of 48

## AGREED JUDGMENT

THIS CAUSE coming to be heard on the Motion (the "Motion") of Katherine Litvak ("Plaintiff") for entry of Agreed Judgment on the three count Complaint filed herein (the "Complaint") against the defendants, Bernard Steven Black, and Samuel Black, each as Trustees of the Supplemental Needs Trust For The Benefit of Joanne Black under agreement dated December 19, 1997, Bernard Steven Black and Samuel Black, each as Trustees of the Irrevocable Trust For The Benefit Of The Issue Of Renata Black under agreement dated December 19, 1997, and Bernard Steven Black and Samuel Black, each as Trustees of the Joanne Black 2013 Trust Agreement executed on March 22, 2013; the Plaintiff and the Defendants having agreed to the entry of this Agreed Judgment; the Court having heard and considered the statements of counsel present; due notice of the Motion having been given to all those entitled thereto, and it appearing that no other or further notice need be given; and the Court being otherwise fully advised in the premises;

NOW, THEREFORE IT IS HEREBY ORDERED that:

1.    Judgment is hereby entered under counts I-III of the Complaint in favor of the Plaintiff, Katherine Litvak, and against (i) Bernard Steven Black, and Samuel Black, each as Trustees of the Supplemental Needs Trust For The Benefit of Joanne Black under agreement dated December 19, 1997, (ii) Bernard Steven Black and Samuel Black, each as Trustees of the Irrevocable Trust For The Benefit Of The Issue Of Renata Black under agreement dated December 19, 1997, and (iii) Bernard Steven Black and Samuel Black, each as Trustees of the Joanne Black 2013 Trust Agreement executed on March 22, 2013, jointly and severally, in the sum of Four Hundred Fifteen Thousand, Four Hundred and Thirty-Three and 77/100 Dollars ($415,433.77).

1

873494

1. ~~There is no just reason to delay enforcement of this Judgment.~~

2. This Agreed Judgment may be executed in counterparts and delivered via facsimile or email transmission, each of which shall be deemed to be an original, but all of which shall constitute one and the same agreement.

ENTERED:

_____
Judge

ENTERED
JUDGE JAMES E. SNYDER-1970
OCT 25 2017
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

AGREED TO THIS __2__ DAY OF
_October_, 2017:

ELECTRONICALLY FILED
10/3/2017 3:06 PM
2017-L-009743
PAGE 47 of 48

| | |
|---|---|
| KATHERINE LITVAK<br>By _[signature]_<br>One of Her Attorneys<br><br>BRAD A. BERISH, ESQ. (ARDC #06200891)<br>ADELMAN & GETTLEMAN, LTD.<br>53 West Jackson Blvd., Suite 1050<br>Chicago, IL 60604<br>312-435-1050 ph<br>312-435-1059 fax<br>bberish@ag-ltd.com | _[signature]_<br>BERNARD STEVEN BLACK, as Trustee of the Supplemental Needs Trust For The Benefit of Joanne Black under agreement dated December 19, 1997<br>2829 Sheridan Place<br>Evanston, Illinois 60201 |
| _[signature]_<br>BERNARD STEVEN BLACK, as Trustee of the Irrevocable Trust For The Benefit Of The Issue Of Renata Black under agreement dated December 19, 1997<br>2829 Sheridan Place<br>Evanston, Illinois 60201 | _[signature]_<br>BERNARD STEVEN BLACK, as Trustee of of the Joanne Black 2013 Trust Agreement executed on March 22, 2013<br>2829 Sheridan Place<br>Evanston, Illinois 60201 |
| _[signature]_<br>SAMUEL BLACK, as Trustee of the Irrevocable Trust For The Benefit Of The Issue Of Renata Black under agreement dated December 19, 1997<br>739 w. Pratt St., Apt. A<br>Baltimore, Maryland 21201 | _[signature]_<br>SAMUEL BLACK, as Trustee of of the Joanne Black 2013 Trust Agreement executed on March 22, 2013<br>739 w. Pratt St., Apt. A<br>Baltimore, Maryland 21201 |

[signature: Samuel Black]
SAMUEL BLACK, as Trustee of the
Supplemental Needs Trust For The Benefit of
Joanne Black under agreement dated
December 19, 1997
739 w. Pratt St., Apt. A
Baltimore, Maryland 21201

ELECTRONICALLY FILED
10/3/2017 3:06 PM
2017-L-009743
PAGE 48 of 48