# Exhibit 3

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Litvak v. Black et al.

No. 2017-L-009743

**ORDER**

This matter coming before the court on Dain's Motion to Vacate, Conservator's Motion to Intervene + Join Dain's Motion to Vacate, ~~Motion to Strike~~ + Plaintiff's Motion to Supplement, due notice having been given + the court being fully advised in the premises, it is hereby ORDERED:

1) Dain Motion to Vacate is denied;
2) Conservator's Motion to Intervene is granted;
3) Conservator's Motion to Vacate is GRANTED as to the Supplemental ~~Special~~ Needs Trust + 2013 Trust Agreements;
4) Conservator's Motion to Vacate is DENIED as to the Issue Trust;
5) Status is set for March 12, 2018 at 9:00 AM;
6) The October 25, 2017 Agreed Judgment against the Supplemental Needs Trust + 2013 Trust Agreement is VACATED; and
7) Conservator has 21 days to file a responsive pleading.
8) By agreement of the parties, the Motion to Supplement is granted.

Attorney No.: 04018
Name: Gould+Ratner / A. Constantine
Atty. for: Interveners
Address: 222 N. LaSalle Ste 800
City/State/Zip: Chicago IL 60601
Telephone: 312-236-3003

ENTERED:
Judge JAMES E. SNYDER-1970
FEB 9 6 2018
DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, IL
DEPUTY CLERK

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS