# Exhibit B

| | |
|---|---|
| DENVER PROBATE COURT<br>CITY AND COUNTY OF DENVER<br>STATE OF COLORADO<br>1437 Bannock Street, Room 230<br>Denver, Colorado 80202 | DATE FILED: November 13, 2017 7:18 PM<br>FILING ID: BA46465330F4B<br>CASE NUMBER: 2012PR1772 |
| **In the Interest of:**<br><br>**JOANNE BLACK,**<br><br>**Protected Person** | ▲ COURT USE ONLY ▲ |
| Shannon Wells Stevenson, No. 35542<br>Paul D. Swanson, No. 50923<br>DAVIS GRAHAM & STUBBS LLP<br>1550 Seventeenth Street, Suite 500<br>Denver, Colorado 80202<br>Phone:  303-892-9400<br>Fax:     303-893-1379<br>shannon.stevenson@dgslaw.com<br>paul.swanson@dgslaw.com<br><br>Attorneys for Bernard S. Black, as Trustee for the Supplemental Needs Trust for the Benefit of Joanne Black | Case No.: 2012 PR 1772 |

**DECLARATION OF BERNARD S. BLACK**

Pursuant to C.R.S. § 12-55-301, *et seq.*, I Bernard S. Black declare as follows:

1. Pursuant to the instrument creating the Supplemental Needs Trust for the Benefit of Joanne Black (the "SNT"), dated December 19, 1997, I became a co-trustee of the SNT upon the death of my mother, Renata Black.[1]

---

[1] I make this limited appearance in my capacity as a co-trustee of the SNT solely for the purpose of responding to the November 3, 2017 Motion for Injunction Against Bernard Black and Request for Forthwith Hearing and the November 3, 2017 Order Re:  Motion for Injunction Against Bernard Black and Forthwith Hearing, and I do so without waiving, withdrawing, or amending my objections and arguments as to the Denver Probate Court's lack of jurisdiction over the SNT and its trustees.

2.      In my capacity as a co-trustee of the SNT, on or about October 25, 2017, I moved $259,585.80 in funds held in the SNT checking account at Chase Bank in Illinois to a different SNT checking account at Northview Bank in Illinois.  *See* Exhibit A (Oct. 25, 2017 Northview Bank statement reflecting $259,500.00 in incoming transfers); Exhibit B (Nov. 13, 2017 Northview Bank online account summary reflecting $259,585.80 in incoming transfers).

3.      Both accounts—at Chase Bank and at Northview Bank—are held in the name of the SNT, so the transfer of funds on or about October 25 did not cause any assets to be removed from the SNT.  Nor did it affect in any way the bulk of the SNT's assets, which are held in a third SNT account, a brokerage account with JP Morgan Securities.

4.      Chase Bank has confirmed that, on or about November 6, 2017, $250,000 was returned from Northview Bank to Chase Bank.  On or about November 10, 2017, $9,500 was returned from Northview Bank, although that balance has yet to appear at Chase Bank.

5.      My counsel has advised Chase Bank that I am prepared to return the remaining $85.80, and has requested instructions from Chase Bank for returning the remaining funds to Chase Bank.  *See* Exhibit C (Nov. 10, 2017 email from M. Schaalman to Chase Bank).

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Executed on the 13th day of November, 2017

at Chicago, Illinois

*Bernard S. Black*

_____
Bernard S. Black

**Northview Bank & Trust**
245 N. Waukegan Road
Northfield IL   60093

000431
SUPPLEMENTAL NEEDS TR FBO JOANNE BLACK
BERNARD S BLACK TRUSTEE
SAMUEL H BLACK TRUSTEE
2829 SHERIDAN PL
EVANSTON IL 60201-1725

| Primary Account Number |
|---|
| xxxxxx6417 |

| Statement Dates |
|---|
| Prior 09/25/17 |
| Current 10/25/17 |

| Customer Service |
|---|
| (847) 446-0245 |

0

## FINANCIAL SUMMARY

| Account Description | Account Number | Ending Balance |
|---|---|---|
| TOTAL ACCESS CHECKING | xxxxxx6417 | $ 260,867.08 |
| TOTAL DEPOSITS | | $ 260,867.08 |

## TOTAL ACCESS CHECKING

| | | | | |
|---|---|---|---|---|
| Account Number | xxxxxx6417 | Beginning Balance | | $ 1,367.08 |
| Average Balance | $ 10,333.75 | Deposits/Credits | | $ 259,500.00 |
| Low Balance | $ 1,367.08 | Checks/Debits | | $-0.00 |
| | | Service Charges | | $ 0.00 |
| | | Ending Balance | | $ 260,867.08 |
| | | Enclosures | | 0 |

### Daily Transaction Activity

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 09-25 | BEGINNING BALANCE | | | 1,367.08 |
| 10-24 | #INTERNET/PHONE TRSFR | 9,500.00 | | 10,867.08 |
| 10-25 | #INTERNET/PHONE TRSFR | 250,000.00 | | 260,867.08 |
| 10-25 | ENDING TOTALS | 259,500.00 | 0.00 | 260,867.08 |

### Detailed Electronic Transaction Information

| Date | Description | Additions | Subtractions |
|---|---|---|---|
| 10-24 | FR ACC █████9814 DATE: 10-24-17<br>TIME: 08:53:38 | 9,500.00 | |
| 10-25 | FR ACC █████9814 DATE: 10-25-17<br>TIME: 05:22:00 | 250,000.00 | |



Case 1:16-cv-01238-CBA-ST   Document 163-2   Filed 05/02/18   Page 6 of 9 PageID #: 5519

**Northview Bank & Trust**

Statement of Account XXXXXX6417
Page 2 of 2
Statement End Date 10/25/17

|  | Total For This Period | Total Year-To-Date |
|---|---|---|
| Total Overdraft Fees | $ 0.00 | $ 0.00 |
| Total Returned Item Fees | $ 0.00 | $ 0.00 |





**Thank you for banking with Northbrook Bank & Trust.** If you need assistance, please contact us at 877-243-7361.

## Recent Transactions

**TOTAL ACCESS CHECKING, *6417**

| Date | Number | Description | Amount | Balance |
|---|---|---|---:|---:|
| 11/10 | | SERVICE CHARGE | -25.00 | 1,402.88 |
| 11/10 | | WIRE TRANSFER OUT | -9,500.00 | 1,427.88 |
| 11/06 | | INTERNET/PHONE TRSFR | 85.80 | 10,927.88 |
| 11/03 | | SERVICE CHARGE | -25.00 | 10,842.08 |
| 11/03 | | WIRE TRANSFER OUT | -250,000.00 | 10,867.08 |
| 10/25 | | INTERNET/PHONE TRSFR | 250,000.00 | 260,867.08 |
| 10/24 | | INTERNET/PHONE TRSFR | 9,500.00 | 10,867.08 |

To add a personal note to a transaction or assign a transaction to a category, click View All Transactions and then the transaction description.

During nightly processing, your account balances are updated with current-day transaction information. Once this processing is complete, all balances reflect the most current information.

Begin forwarded message:

**From:** "Michael H. Schaalman" <mhs@hallingcayo.com>
**Date:** November 10, 2017 at 5:56:04 PM EST
**To:** "Berg, Ken" <kberg@ulmer.com>
**Subject: Black et al. v. JPMorgan Securities LLC**

    Mr. Berg, Chase has frozen bank accounts belonging to members of the Black family. We are unaware of any basis for this freeze and request that it be removed. This involves the following checking accounts:

    Mr. Black is prepared to return the remaining funds to the SNT account at Chase but these monies are frozen and cannot currently be returned from Mr. Black's SNT account. Provide instructions about how he can return these funds to the SNT account at Chase..

1



Michael H. Schaalman
Halling & Cayo, S.C.
320 E. Buffalo Street, Suite 700
Milwaukee, WI 53202
www.hallingcayo.com

Direct: (414) 755-5019
Office: (414) 271-3400
Fax: (414) 271-3841
mhs@hallingcayo.com

This email and any accompanying documents in this transmission contain information from Halling & Cayo, S.C. which is confidential and/or privileged. This information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying or distribution of or use of the contents of this information is prohibited, and may constitute an invasion of the privacy of the intended recipient. If you have received this email in error, please notify us by telephone (collect) immediately so that we may arrange for the retrieval of the original document(s).

HALLING & CAYO, S.C.
ATTORNEYS AT LAW

2