# Exhibit B

| | |
|---|---|
| Colorado Court of Appeals<br>2 East 14th Avenue<br>Denver, CO 80203 | DATE FILED: June 29, 2018<br>CASE NUMBER: 2016CA2157 |
| Denver Probate Court<br>2012PR1772 | |
| **In the Interest of**<br><br>**Appellee:**<br><br>Joanne Black, Protected Person,<br><br>v.<br><br>**Appellant:**<br><br>Bernard Steven Black, as Trustee for the Supplemental Needs Trust for the Benefit of Joanne Black. | Court of Appeals Case Number:<br>2016CA2157<br>& 2018CA1094<br>& 2018CA346<br>& 2017CA2242 |
| ORDER to lift stay of proceedings, stay of 4/27/18 probate court order and consolidated briefing | |

TO:   THE PARTIES

The Court LIFTS the stay of proceedings.

Upon consideration of the motion to stay the April 27, 2018 probate court order and the response, the Court DENIES the motion.

Upon consideration of the parties' stipulated motion for consolidated briefing, GRANTS the motion and ORDERS that the following appeals are consolidated: 16CA2157, 17CA2242, 18CA0346, and 18CA1094. All further pleadings and filings in the consolidated action shall bear all four docket numbers in this order: 16CA2157, 17CA2242, 18CA0346, and 18CA1094.

The record for appeal 18CA1094 remains due on August 16, 2018.

The opening briefs are now due on October 4, 2018.  The opening brief of Bernard Black, individually and as the SNT trustee, may not exceed 13,500 words. The opening brief of Samuel Black, as SNT trustee, may not exceed 9,500 words.

The single answer brief by appellee protected person Joanne Black is now due on December 13, 2018 and may not exceed 14,500 words.

The reply briefs are now due January 17, 2019.  The reply brief of Bernard Black, individually and as the SNT trustee, may not exceed 8,000 words.  The reply brief of Samuel Black, as SNT trustee, may not exceed 5,700 words.

                                                    BY THE COURT

                                                    Furman, J.
                                                    Bernard, J.
                                                    Berger, J.