## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | May 21, 2020 |
| **TIME:** | 1:00 P.M. |
| **DOCKET NUMBER(S):** | CV-16-1238 (CBA) |
| **NAME OF CASE(S):** | **BLACK, ET AL. -V- DAIN, ET AL.** |
| **FOR PLAINTIFF(S):** | Schulman, Abraham |
| **FOR DEFENDANT(S):** | Katz, Sneider, Fantone, Mancia, Dain |
| **NEXT CONFERENCE(S):** | **JUNE 3, 2020 AT 3:00 P.M., BY PHONE** |
| **FTR/COURT REPORTER:** | N/A |

### RULINGS FROM TELEPHONE CONFERENCE:

For the reasons discussed on the record, Plaintiffs' MOTION for Extension of Time to Complete Discovery [249] is granted.  The deadline for completion of all remaining discovery is extended to June 30, 2020.  The deadline for beginning dispositive motion practice is extended to July 31, 2020.

The Court will hold a telephone conference on the letter-motion [240] requesting court approval of the settlement agreement filed under seal at docket entry [241] on June 3, 2020 at 3:00 p.m. Parties are to use the call-information provided for today's conference.

The Court heard argument on Defendants' MOTION for Reconsideration [239] and reserves decision.